IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cr104

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| DELMAR DOVE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss Forfeiture as to Certain Real Property. Having considered the government's motion and reviewed the pleadings, and for good cause shown, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss Forfeiture as to Certain Real Property (#98) is **GRANTED,** and the following

> Real property, including any buildings, appurtenances, and improvements thereon, located at 7631 Pence Road, Charlotte, Mecklenburg County, North Carolina and more particularly described in a deed recorded at Mecklenburg County Register of Deeds Book 4719, Page 0600,

is **DISMISSED** without prejudice from the Consent Order and Judgment of Forfeiture (#77).

Signed: November 9, 2011

Max O. Cogburn Jr.
United States District Judge