UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cr-00104-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **DELMAR DOVE,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on Defendant Dove's Motion for Early Termination of Supervised Release. Having considered Defendant Dove's motion and reviewed the pleadings, and finding such motion to be unopposed by either the government or defendant's supervising officer, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant Dove's Motion for Early Termination of Supervised Release (#115) is GRANTED, and supervision is TERMINATED in this matter.

Signed: January 27, 2015

Max O. Cogburn Jr.
United States District Judge